**FILED**

March 19, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)                    Case No. MAG. 09-0091-EFB
Plaintiff, )
)
v. )
)                    ORDER FOR RELEASE OF
MICHAEL DAVID SANDERS, )                    PERSON IN CUSTODY
)
Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release MICHAEL DAVID SANDERS, Case No.

MAG. 09-0091-EFB from custody subject to the conditions contained in the attached "Notice to

Defendant Being Released" and for the following reasons:

___     Release on Personal Recognizance

_X_    Bail Posted in the Sum of: $50,000.00.

    _X_    Unsecured Appearance Bond

    ___    Appearance Bond with Surety

    _X_    (Other) Conditions as stated on the record.

    ___    (Other)

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   03/19/09   at 2.37 p.m.

By   _____
Edmund F. Brennan
United States Magistrate Judge