**RANDY E. THOMAS, ESQ. / SBN: 78411**
**Law Office of Randy E. Thomas**
18826 N. Lower Sacramento Road, Suite G
P.O. Box 717
Woodbridge, CA 95258
Telephone: (209) 369-9255
Facsimile: (209) 369-9288

**W. RUSSELL FIELDS, ESQ. / SBN: 166058**
**Law Offices of Russell Fields**
1792 Tribute Road, Suite 400
Sacramento, CA 95815
Telephone: (916) 646-6100
Facsimile: (916) 646-8769

Attorneys for Defendant,
MICHAEL DAVID SANDERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 09-MAG-0091-EFB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME** |
| v. | |
| MICHAEL DAVID SANDERS, aka "DAVID DENNIS SANDERS" and "DAVE SANDERS", | DATE: April 17, 2009<br>TIME: 2:00 p.m. |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through, ROBIN TAYLOR, Assistant U.S. Attorney, and defendant, MICHAEL DAVID SANDERS, by and through his counsel, RANDY E. THOMAS and W. RUSSELL FIELDS, that good cause exists to extend the preliminary hearing currently set for Friday, April 17, 2009 to Friday, May 1, 2009 at 2:00 p.m.

The parties agree to extend time for the preliminary hearing because Mr. Sanders has just recently retained new counsel, Mr. Thomas and Mr. Fields, on April 10, 2009. At this time, both parties intend on conducting additional investigation and discovery. Further, additional

time will allow new counsel to be sufficiently familiar with the matter prior to the preliminary hearing.

Additional time is also necessary so that the defense counsel and the government can attempt to reach a pre-indictment resolution of the case against the defendant. The defendant agrees that a continuance of the preliminary hearing date will not prejudice him because pre-indictment resolution could reduce his overall sentencing exposure.

Counsel for both parties further stipulate time should be excluded under Local Code T4 to allow reasonable time to review discovery with defendant investigate facts of the case. 18 U.S.C. §3161(h)(8); Local Code T4.

DATED: 4/13/2009      **LAW OFFICE OF RANDY E. THOMAS**

/S/ Randy E. Thomas
RANDY E. THOMAS
Attorney for Defendant, MICHAEL DAVID SANDERS

DATED: 4/13/2009      **LAW OFFICES OF RUSSELL FIELDS**

/S/ Randy E. Thomas for (as authorized on 4/13/09)
W. RUSSELL FIELDS
Attorney for Defendant, MICHAEL DAVID SANDERS

DATED: 4/13/2009      **LAWRENCE G. BROWN**
Acting United States Attorney

/S/ Randy E. Thomas for (as authorized on 4/13/09)
ROBIN TAYLOR, Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

Pursuant to the parties' stipulation and Federal Rules of Criminal Procedure, Rule 5.1(d), IT IS SO ORDERED.

DATED: April 15, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/sanders0091.stipord