1 **RANDY E. THOMAS, ESQ. / SBN: 78411**
**Law Office of Randy E. Thomas**
2 18826 N. Lower Sacramento Road, Suite G
P.O. Box 717
3 Woodbridge, CA 95258
Telephone: (209) 369-9255
4 Facsimile: (209) 369-9288

5 **W. RUSSELL FIELDS, ESQ. / SBN: 166058**
**Law Offices of Russell Fields**
6 1792 Tribute Road, Suite 400
Sacramento, CA 95815
7 Telephone: (916) 646-6100
Facsimile: (916) 646-8769
8
Attorneys for Defendant,
9 MICHAEL DAVID SANDERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 09-MAG-091-EFB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME** |
| v. | |
| MICHAEL DAVID SANDERS, aka "DAVID DENNIS SANDERS" and "DAVE SANDERS", | DATE: May 1, 2009<br>TIME: 2:00 p.m.<br>JUDGE: Hon. Gregory G. Hollows |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through, ROBIN TAYLOR, Assistant U.S. Attorney, and defendant, MICHAEL DAVID SANDERS, by and through his counsel, RANDY E. THOMAS and W. RUSSELL FIELDS, that good cause exists to extend the preliminary hearing currently set for Friday, May 1, 2009 to Friday, May 15, 2009 at 2:00 p.m.

The parties agree to extend time for the preliminary hearing because both parties intend on conducting additional investigation and discovery. Further, additional time will allow all counsel to be sufficiently familiar with the matter prior to the preliminary hearing.

-1-
**STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME**

Additional time is also necessary so that the defense counsel and the government can attempt to reach a pre-indictment resolution of the case against the defendant. The defendant agrees that a continuance of the preliminary hearing date will not prejudice him because pre-indictment resolution could reduce his overall sentencing exposure.

Counsel for both parties further stipulate time should be excluded under Local Code T4 to allow reasonable time to review discovery with defendant investigate facts of the case. 18 U.S.C. §3161(h)(8); Local Code T4.

DATED: 4/27/2009  **LAW OFFICE OF RANDY E. THOMAS**

/S/ Randy E. Thomas
RANDY E. THOMAS
Attorney for Defendant, MICHAEL DAVID SANDERS

DATED: 4/27/2009  **LAW OFFICES OF RUSSELL FIELDS**

/S/ Randy E. Thomas for (as authorized on 4/27/09)
W. RUSSELL FIELDS
Attorney for Defendant, MICHAEL DAVID SANDERS

DATED: 4/27/2009  **LAWRENCE G. BROWN**
Acting United States Attorney

/S/ Randy E. Thomas for (as authorized on 4/27/09)
ROBIN TAYLOR, Assistant U.S. Attorney
Attorney for Plaintiff

/ / /

/ / /

/ / /

/ / /

/ / /

-2-
**STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME**

## **ORDER**

Pursuant to the parties' stipulation and Federal Rules of Criminal Procedure, Rule 5.1(d), IT IS SO ORDERED.

DATED: April 28, 2009.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/sanders0091.stipord(2)

**STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME**