1  **RANDY E. THOMAS- #78411**
   **Attorney at Law**
2  **18826 N. Lower Sacramento Rd., Suite G**
   **P.O. Box 717**
3  **Woodbridge, CA 95258-0717**
   **Telephone: (209) 369-9255**
4  **Facsimile: (209) 369-9288**

5  **W. RUSSELL FIELDS, ESQ./ SBN: 166058**
   **Law Offices of Russell Fields**
6  **1792 Tribute Road, Suite 400**
   **Sacramento, CA 95815**
7  **Telephone: (916) 646-6100**
   **Facsimile: (916) 646-8769**

Attorneys for Defendant,
MICHAEL DAVID SANDERS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO.: 09-MAG-091-EFB** |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME** |
| v. | Date : May 15, 2009 |
| MICHAEL DAVID SANDERS, aka "DAVID DENNIS SANDERS" and "DAVE SANDERS", | Time: 2:00 p.m. |
| Defendant. | |

It is hereby stipulation and agreed to between the United States of America through, ROBIN TAYLOR, Assistant U.S. Attorney, and defendant, MICHAEL DAVID SANDERS, by and through his counsel, RANDY E. THOMAS and W. RUSSELL FIELDS, that good cause exists to extend the preliminary currently set for Friday, May 15, 2009 to Friday, May 29, 2009.

The parties agree to extend time for the preliminary hearing because Mr.

Stipulation and Order

Sanders has just recently retained new counsel, Mr. Thomas and Mr. Fields, on April 10, 2009. At this time, both parties intend on conducting additional investigation and discovery. Further, additional time will allow new counsel to be sufficiently familiar with the matter prior to the preliminary hearing.

Additional time is also necessary so that the defense counsel and the government can attempt to reach a pre-indictment resolution of the case against the defendant. The defendant agrees that a continuance of the preliminary hearing date will not prejudice him because pre -indictment resolution could reduce his overall sentencing exposure.

Counsel for both parties further stipulate time should be excluded under Local Code T4 to allow reasonable time to review discovery with defendant investigate ffacts of the case. 18 U.S.C. §3161(h)(8); Local Code T4.

**LAW OFFICE OF RANDY E. THOMAS**

DATED:                  /s/ Randy E. Thomas
                               RANDY E. THOMAS
                               Attorney for Defendant, MICHAEL DAVID SANDERS

**LAW OFFICES OF RUSSELL FIELDS**

DATED:                  /s/ Randy E. Thomas for (as authorized on 5/15/09)
                               W. RUSSELL FIELDS
                               Attorney for Defendant, MICHAEL DAVID SANDERS

**LAWRENCE G. BOWN**
Acting United States Attorney

DATED:                  /s/ Randy E. Thomas for (as authorized on 5/15/09)
                               ROBIN TAYLOR, Assistant U.S. Attorney
                               Attorney for Plaintiff

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the parties' stipulation and Federal Rules of Criminal Procedure, |
| 3 | Rule 5.1(d), IT IS SO ORDERED. |

DATED: May 19, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

sanders91.ord